1  Jeffery J. Carlson (SBN 60752)
   carlsonj@cmtlaw.com
2  Martin Schannong (SBN 243297)
   schannongm@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   N.A.R., INC. dba NORTH AMERICAN RECOVERY
7

8
                UNITED STATES DISTRICT COURT
9
                SOUTHERN DISTRICT OF CALIFORNIA
10

11 
   ANTHONY KROLL,                    )   CASE NO.:  **'13CV1978 H    RBB**
12                                    )
            Plaintiff,                )
13                                    )   **NOTICE OF REMOVAL**
       vs.                            )
14                                    )
   NORTH AMERICAN RECOVERY,           )
15                                    )
            Defendant.                )
16                                    )
17                                    )
18                                    )
19                                    )
20                                    )
21                                    )

22      PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant
23 N.A.R., INC. dba NORTH AMERICAN RECOVERY ("Defendant") hereby removes
24 to this Court the civil action described below, as it involves a federal question.
25
26 / / /
27 / / /
28

                                    1
07622.00/197148                     NOTICE OF REMOVAL

1. On July 15, 2013, Plaintiff ANTHONY KROLL ("Plaintiff") filed a civil action in the San Diego Superior Court entitled <u>Anthony Kroll v. North American Recovery</u>, Case No. 37-2013-00057499-CL-NP-CTL. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2. Plaintiff's Complaint was served on Defendant via certified mail on July 25, 2013.

3. This Notice of Removal is being filed with this Court within 30 days of the service of the Complaint, as required by 28 U.S.C. § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff states in the Complaint that "[t]his is an action for damages brought by an individual consumer for Defendant's violations the Fair Credit Reporting Act, 15 U.S.C. § 1681 . . ." (Complaint ¶ 1.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

///

///

///

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: August 23, 2013          CARLSON & MESSER LLP

By:   s/Martin Schannong
Jeffery J. Carlson
Martin Schannong
Attorneys for Defendant
N.A.R., INC. dba NORTH AMERICAN RECOVERY