Todd M. Friedman
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager
nbontrager@attorneysforconsumers.com
Suren N. Weerasuriya
sweerasuriya@attorneysforconsumers.com
Law Offices of Todd M. Friedman PC
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
(877) 206-4741 Telephone
(866) 623-0228 Facsimile

Attorneys for Plaintiff
ANTHONY KROLL

Jeffery J. Carlson
carlsonj@cmtlaw.com
Martin Schannong
schannongm@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
NORTH AMERICAN RECOVERY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KROLL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTH AMERICAN RECOVERY,<br><br>　　　　Defendant. | CASE NO. 3:13-CV-01978-H-RBB<br><br>**NOTICE OF SETTLEMENT** |

/ / /

/ / /

| | |
|---|---|
| 1 | |
| 2 | TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a joint motion of dismissal with prejudice, within 45 days from the date of this notice. |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a joint motion of dismissal with prejudice, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case, and that the Court refrain from entering judgment on the previously accepted offer of judgment (ECF No. 11) so that the parties can dismiss this matter by way of a joint motion when the settlement has been finalized.

Respectfully submitted,

DATED: June 9, 2014     LAW OFFICES OF TODD M. FRIEDMAN P.C.

By:   s/Nicholas J. Bontrager
      Todd M. Friedman
      Nicholas J. Bontrager
      Suren N. Weerasuriya
      Attorneys for Plaintiff
      ANTHONY KROLL

DATED:  June 9, 2014     CARLSON & MESSER LLP

By:   s/Martin Schannong
      Jeffery J. Carlson
      Martin Schannong
      Attorneys for Defendant
      NORTH AMERICAN RECOVERY