# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KROLL,<br><br>                Plaintiff,<br>vs.<br><br>NORTH AMERICAN RECOVERY,<br><br>                Defendant. | CASE NO. 13-cv-1978-H-NRBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13] |

On August 23, 2013, Defendant North American Recovery filed a notice of removal from San Diego Superior Court. (Doc. No. 1.) Plaintiff's state court complaint asserted one cause of action for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681. (Doc. No. 1-1, Ex. A, Compl.) On August 30, 2013, Defendant filed its answer. (Doc. No. 2.) On June 10, 2014, Defendant filed a notice of settlement. (Doc. No. 12.) On June 23, 2014, the parties filed a joint motion to dismiss the case with prejudice. (Doc. No. 13.)

The Court, for good cause shown, grants the joint motion and dismisses the case with prejudice. Fed. R. Civ. P. 41(a)(2). The Court further orders as follows:

///

///

1. The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and
2. The Court directs the Clerk to close this case.

**IT IS SO ORDERED**.

DATED: June 24, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT